IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CINDY GUTIERREZ-BARRAZA,

    Plaintiff,

vs.                                Civ. No. 98-1001 SC/WWD

HELWEG & FARMER TRANSORTATION
COMPANY, INC.,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Defendant's Motion to Exclude Testimony of Plaintiffs' (sic) Expert Witnesses or, in the Alternative, to Extend Deadline for Defendant to Produce Expert Reports [25]. The motion was filed February 18, 1999. Plaintiff was supposed to identify her experts and to serve Defendant with reports from those experts on January 18, 1999. This was not done, nor has Plaintiff served any response to the instant motion. The motion should be granted.

**WHEREFORE,**

**IT IS ORDERED** that the expert testimony of Cheryl Ann Black, Ph.D., a proposed expert witness, shall be excluded from trial.

_____
UNITED STATES MAGISTRATE JUDGE